```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| VIRGILIO PAUL VAZQUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CAMDEN COUNTY,<br><br>    Defendant. | Civil Action<br>No. 16-7994 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Virgilio Paul Vazquez seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

    Plaintiff did not submit a complete application as plaintiff did not submit page five of the application. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

    An appropriate order follows.

**February 17, 2017**          s/ Jerome B. Simandle
Date                           JEROME B. SIMANDLE
                               Chief U.S. District Judge